FILED

04/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0509

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0509

CITY OF KALISPELL,

      Plaintiff and Appellee,

v.

MICHELLE SQUIER RAVE,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until May 30, 2023, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 25 2023